# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIA LeFLORA, | CASE NO. 09cv2336-LAB (NLS) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| SIMON CHASE ASSOCIATES, LLC, | |
| Defendant. | |

On May 11, 2010, Plaintiff filed a motion for default judgment. The Court then ordered Defendant to show cause why the motion should not be granted. Then, on June 16, 2010, Plaintiff filed a notice of voluntary dismissal of claims against the sole Defendant in this case. The Court issued a minute order taking the hearing on the motion for default judgment off calendar.

The motion for default judgment is **DENIED AS MOOT** and the order to show cause is **DISCHARGED**. In accordance with Fed. R. Civ. P. 41(a), this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

DATED: June 21, 2010

**HONORABLE LARRY ALAN BURNS**
United States District Judge

09cv2336